IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 23-06008-CV-SJ-JAM |
| MOSAIC HEALTH SYSTEM, et al, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

__X__ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's motion to remand (Doc. 17) is GRANTED consistent with the Court's order at Doc. 26, and this case is remanded to the Circuit Court of Buchanan County.

AT THE DIRECTION OF THE COURT

September 6, 2023 /s/Paige Wymore-Wynn
Dated Court Executive

September 6, 2023 By: Joella Baldwin
Entered Deputy Clerk